UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KIM DOWNS and JOSHUA DOWNS,<br><br>Defendants. | Case No. 3:17-cv-01115-JPG-RJD |

## AMENDED JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff AMICA MUTUAL INSURANCE COMPANY and against defendant KIM DOWNS.

**IT IS FURTHER DECLARED** that plaintiff AMICA MUTUAL INSURANCE COMPANY does not owe defendant KIM DOWNS any coverage for personal medical issues that pre-date the coverage period. The Court declines to make any declaration as to property damage coverage.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff AMICA MUTUAL INSURANCE COMPANY and against defendant JOSHUA DOWNS in the total amount of $4,007.20. That total is composed of the following components: $3,459.70 in attorney's fees and $547.50 in travel and service expenses.

DATED: June 25, 2019

                                              **MARGARET M. ROBERTIE,**
                                              Clerk of Court

                                              BY: **s/Tina Gray**
                                                  **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**